DECEMBER 19, 1988

No. 88–874 (A–481).   MCMURTREY v. ARIZONA.   Super. Ct. Ariz., Pima County.   Application for stay of execution of sentence

---

*See also note, *supra*, p. 987.

of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.